UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
FT. MYERS DIVISION

CHRISTOPHER DEFRANCESCO and
CHRISTINA DEFRANCESCO,

      Plaintiffs,

vs.

VERIPRO SOLUTIONS, INC. f/k/a NSM
RECOVERY SERVICES, INC., WEINSTEIN,
PINSON & RILEY, P.S., and VANTIUM
CAPITAL, INC. d/b/a STRATEGIC
RECOVERY GROUP, LLC.,

      Defendants.
_____/

Case No. 2:14-CV-27-FTM-29 DNF

**PARTIES' JOINT MOTION TO EXTEND ALL PRETRIAL DEADLINES AND TRIAL**

Plaintiffs, CHRISTOPHER DEFRANCESCO and CHRISTINA DEFRANCESCO and Defendants, CLEARSPRING LOAN SERVICES, INC., f/k/a VANTIUM CAPITAL, INC. f/d/b/a STRATEGIC RECOVERY GROUP, LLC., VERIPRO SOLUTIONS, INC. f/k/a NSM RECOVERY SERVICES, INC., and WEINSTEIN, PINSON & RILEY, P.S., by and through undersigned counsel, hereby file their Joint Motion to Extend All Pretrial Deadlines and Trial, and as grounds therefore state as follows:

1. Plaintiffs' Complaint was filed on or about January 16, 2014.

2. This Court's Case Management and Scheduling Order [DE 52] was entered on August 4, 2014.

3. In April 2014, Defendants each filed their respective motions to dismiss to Plaintiffs' Complaint. [DE 24, 27 & 28].

4. On April 18, 2014, Plaintiffs filed a motion for leave to file an amended complaint, which this Court granted. *See* [DE 32 & 33].

5. Thereafter, Defendants filed their respective motions to dismiss Plaintiffs' Amended Complaint. [DE 35, 41 & 43].

6. On September 5, 2014, this Court granted in part and denied in part Defendants' motions to dismiss. [DE 60].

7. On September 15, 2014, Plaintiffs filed their Second Amended Complaint, in response to which Defendants filed motions to dismiss. [DE 68, 70 & 74].

8. Defendants' motions to dismiss [DE 68, 70 & 74] remain pending before this Court.

9. Because this litigation is still in the pleading stage, the parties have not initiated discovery as such would be premature. Accordingly, on November 5, 2014, Defendants moved to extend the discovery and dispositive motions deadline, to which Plaintiffs did not oppose. [DE 80].

9. On November 6, 2014, this Court denied Defendants' Motion to Extend Discovery and Dispositive Motions Deadline, and instead, recommended the parties move to have all remaining pretrial deadlines extended by two months, including the Final Pretrial Conference and Trial. [DE 81].

10. Based upon this Court's Order dated November 6, 2014, the parties jointly request that all pretrial deadlines be extended by two months, including the Final Pretrial Conference and Trial.

11. The parties have conferred and are all in agreement with requesting a two month extension of all remaining pretrial deadlines, including the Final Pretrial Conference and Trial. The parties are not seeking this continuance for the purpose of interposing any type of delay in

these proceedings, but as a necessity to properly prepare and comply with this Court's pretrial deadlines.

## MEMORANDUM OF LAW

Rule 6(b) of the Federal Rules of Civil Procedure permits this Court to extend all remaining pretrial deadlines and trial. The parties are in agreement to a brief continuance, and accordingly request this Court enter an Order extending all remaining pretrial deadlines and trial by two months, as contained herein.

WHEREFORE, the Parties respectfully request this Court grant extensions of all remaining pretrial deadlines and trial, as set forth above and/or grant relief as it deems necessary.

| | |
|---|---|
| *s/David W. Fineman* | *s/Marc J. Gottlieb* |
| David W. Fineman, Esq. | Marc J. Gottlieb |
| Joseph LoTempio, Esq. | Akerman Senterfitt, LLP |
| The Dellutri Law Group, P.A. | Suite 1600 |
| 1436 Royal Palm Square Boulevard | 350 E Las Olas Blvd |
| Ft. Myers, FL   33919 | Ft Lauderdale, FL 33301-2229 |
| Tel:  239-939-0900 | 954/759-8945 |
| Fax:  239-939-0588 | Fax: 954-463-2224 |
| jlotempio@DellutriLawGroup.com | Email: marc.gottlieb@akerman.com |
| Dfineman@DellutriLawGroup.com | Attorneys for Defendant Veripro Solutions |
| Attorneys for Plaintiffs | |
| | |
| *s/Paul H. Minoff* | *s/ Barbara Fernandez* |
| Paul H. Minoff, Esq. | Barbara Fernandez |
| Florida Bar No. 0182079 | Florida Bar No. 0493767 |
| **GRAYROBINSON, P.A.** | bfernandez@hinshawlaw.com |
| 401 East Las Olas Boulevard, 10th Floor | HINSHAW & CULBERTSON LLP |
| Fort Lauderdale, Florida 33301 | 2525 Ponce de Leon Blvd. |
| paul.minoff@gray-robinson | 4th Floor |
| Telephone: (954) 761-8111 | Coral Gables, FL 33134 |
| Facsimile: (954) 761-8112 | Telephone: 305-358-7747 |
| Counsel for Defendant Weinstein, | Facsimile: 305-577-1063 |
| Pinson & Riley, P.S. | Attorneys for Defendant, ClearSpring Loan Services, Inc., f/k/a Vantium Capital, Inc. f/d/b/a Strategic Recovery Group |

3

Case No. 2:14-CV-27-FTM-29 DNF

## **CERTIFICATE OF SERVICE**

I hereby certify that on November 11, 2014, I electronically filed the foregoing with the Clerk of the Court by using the CM/ECF system which will send a notice of electronic filing to the following:

David W. Fineman, Esq.
Joseph LoTempio, Esq.
The Dellutri Law Group, P.A.
1436 Royal Palm Square Boulevard
Ft. Myers, FL   33919
Tel:  239-939-0900
Fax:  239-939-0588
jlotempio@DellutriLawGroup.com
Dfineman@DellutriLawGroup.com
Attorneys for Plaintiffs

Paul H. Minoff, Esq.
Florida Bar No. 0182079
**GRAYROBINSON, P.A.**
401 East Las Olas Boulevard, 10th Floor
Fort Lauderdale, Florida 33301
paul.minoff@gray-robinson
Telephone: (954) 761-8111
Facsimile: (954) 761-8112
*Counsel for Defendant Weinstein, Pinson & Riley, P.S.*

Marc J. Gottlieb
Akerman Senterfitt, LLP
Suite 1600
350 E Las Olas Blvd
Ft Lauderdale, FL 33301-2229
954/759-8945
Fax: 954-463-2224
Email: marc.gottlieb@akerman.com
Attorneys for Defendant Veripro Solutions

*s/ Barbara Fernandez*
Barbara Fernandez
Florida Bar No. 0493767
bfernandez@hinshawlaw.com
HINSHAW & CULBERTSON LLP
2525 Ponce de Leon Blvd.
4th Floor
Coral Gables, FL 33134
Telephone: 305-358-7747
Facsimile:  305-577-1063
Attorneys for Defendant, ClearSpring Loan Services, Inc. f/k/a Vantium Capital, Inc. f/d/b/a Strategic Recovery Group

14993574v1 0956797